ALAN ROTH
WILLIAM L. GOLD*
SHERRI DAVIS FOWLER (NJ & VA BARS)
ANTHONY MAZZA*
K. RAJA BHATTACHARYA*
JOSEPH H. TRINGALI (NJ, NY, PA & FL BARS)*

ANDREW K. LANDMAN

*CERTIFIED BY THE SUPREME COURT OF
 NEW JERSEY AS A CIVIL TRIAL ATTORNEY

www.benditweinstock.com
Est. 1957

OF COUNSEL
ROGER J. DESIDERIO
CHRISTINE M. TIRITILLI
KARI A. TRINGALI

COUNSEL
JAMES F. KEEGAN*
BARRETT F. KALB (NJ & NY BARS)

BENJAMIN L. BENDIT (1950-1984)
THOMAS E. WEINSTOCK (1956-2000)
HILTON P. GOLDMAN (1956-2008)



**BENDIT WEINSTOCK** P.A.
— ATTORNEYS AT LAW —

80 Main Street, Suite 260, West Orange, NJ 07052
Phone: 973-736-9800 | Fax: 973-325-3115

*Celebrating over 60 years of service*

July 10, 2023

**VIA EMAIL njdefiling@njd.uscourts.gov**
Magistrate Judge Edward S. Kiel
Frank R. Lautenberg U.S.P.O. and Courthouse
Room 451
2 Federal Square
Newark, New Jersey 07102

    Re:  Zingale v. Township of Little Falls, et als.
         Case No. 2:22-cv-00760-BRM-ESK
         Our File No. 45182

Dear Magistrate Judge Kiel:

In response to your request for the status of the criminal case involving the plaintiff, Domenick J. Zingale, please be advised that the latest information I have is the matter is still pending in the Criminal Court in Passaic County.

I have been informed in the past that there have been changes in judges on this particular case as well as changes in the prosecutor. I am attempting to ascertain who the current judge is on the case and who the current prosecutor is on the case. When I receive that information, I will provide that to Brian immediately and then provide a letter following up that information.

July 10, 2023
Page 2

---

    Thank you for your attention to this matter.

                             Respectfully Yours,

                             ALAN ROTH

AR/tc
cc: Danielle Bevere, Esq. (Via Email njdefiling@njd.uscourts.gov)