ALAN ROTH
WILLIAM L. GOLD*
SHERRI DAVIS FOWLER (NJ & VA BARS)
ANTHONY MAZZA*
K. RAJA BHATTACHARYA*
JOSEPH H. TRINGALI (NJ, NY, PA & FL BARS)*

_____

ANDREW K. LANDMAN

*CERTIFIED BY THE SUPREME COURT OF
 NEW JERSEY AS A CIVIL TRIAL ATTORNEY

www.benditweinstock.com
Est. 1957



# BENDIT WEINSTOCK P.A.
## — ATTORNEYS AT LAW —

80 Main Street, Suite 260, West Orange, NJ 07052
Phone: 973-736-9800|Fax: 973-325-3115

**OF COUNSEL**
ROGER J. DESIDERIO
CHRISTINE M. TIRITILLI
KARI A. TRINGALI

**COUNSEL**
JAMES F. KEEGAN*
BARRETT F. KALB (NJ & NY BARS)

_____

BENJAMIN L. BENDIT (1950-1984)
THOMAS E. WEINSTOCK (1956-2000)
HILTON P. GOLDMAN (1956-2008)


Celebrating
60 years
of service

August 29, 2023


**VIA EMAIL njdefiling@njd.uscourts.gov**
Magistrate Judge Edward S. Kiel
Frank R. Lautenberg U.S.P.O. and Courthouse
Room 451
2 Federal Square
Newark, New Jersey 07102


   Re: Zingale v. Township of Little Falls, et als.
      Case No. 2:22-cv-00760-BRM-ESK
      Our File No. 45182


Dear Magistrate Judge Kiel:

  Pursuant to your Order of July 11, 2023, I am providing you with a status update regarding the pending criminal case involving the plaintiff, Domenick Zingale.

  Please be advised that this case has been reassigned to Judge Scott T. Rumana, Superior Court Judge of Passaic County. The current prosecutor on this case is Pat Breen.

  At the present time, this case does not have a Trial date and has not been called in for Pre-Trial Conference.

  I will continue to monitor the criminal case and provide your Honor and defense counsel with updates on an ongoing basis.

August 29, 2023
Page 2

_____

      I thank you for your courtesy in this matter.

                    Respectfully Yours,

                    ALAN ROTH

AR/eb
cc: Danielle Bevere, Esq. (Via Email njdefiling@njd.uscourts.gov)