ALAN ROTH
WILLIAM L. GOLD*
SHERRI DAVIS FOWLER (NJ & VA BARS)
ANTHONY MAZZA*
K. RAJA BHATTACHARYA*
JOSEPH H. TRINGALI (NJ, NY, PA & FL BARS)*

ANDREW K. LANDMAN

*CERTIFIED BY THE SUPREME COURT OF
 NEW JERSEY AS A CIVIL TRIAL ATTORNEY

www.benditweinstock.com
Est. 1957

**OF COUNSEL**
ROGER J. DESIDERIO
CHRISTINE M. TIRITILLI
KARI A. TRINGALI

**COUNSEL**
JAMES F. KEEGAN*
BARRETT F. KALB (NJ & NY BARS)

BENJAMIN L. BENDIT (1950-1984)
THOMAS E. WEINSTOCK (1956-2000)
HILTON P. GOLDMAN (1956-2008)



**BENDIT WEINSTOCK** P.A.
— ATTORNEYS AT LAW —

80 Main Street, Suite 260, West Orange, NJ 07052
Phone: 973-736-9800 | Fax: 973-325-3115



November 3, 2023

**VIA EMAIL njdefiling@njd.uscourts.gov**
Magistrate Judge Edward S. Kiel
Frank R. Lautenberg U.S.P.O. and Courthouse
Room 451
2 Federal Square
Newark, New Jersey 07102

    Re:  Zingale v. Township of Little Falls, et als.
         Case No. 2:22-cv-00760-BRM-ESK
         Our File No. 45182-R

Dear Magistrate Judge Kiel:

Pursuant to your Order of August 30, 2023, I am providing you with a status update regarding the pending criminal case involving the Plaintiff, Domenick Zingale.

Please be advised that this case remains assigned to Judge Scott T. Rumana, Superior Court Judge of Passaic County. It is my understanding that the current prosecutor in this case continues to be Pat Breen.

At the present time, there is a Pre-Trial Conference with Judge Rumana scheduled for November 9, 2023.

I will continue to monitor the criminal case and provide your Honor and defense counsel with updates on an ongoing basis.

I thank you for your curtesy in this matter.

                                              Respectfully Yours,

                                              ALAN ROTH

AR/eb
cc: Danielle Bevere, Esq.
(Via Emailnjdefiling@njd.uscourts.gov)