ALAN ROTH
WILLIAM L. GOLD*
SHERRI DAVIS FOWLER (NJ & VA BARS)
ANTHONY MAZZA*
K. RAJA BHATTACHARYA*
JOSEPH H. TRINGALI (NJ, NY, PA & FL BARS)*
KAY A. GONZALEZ (NJ & NY BARS)

CHRISTINE M. TIRITILLI
KARI A. TRINGALI
SHIV VYDYULA (NJ & NY BARS)

ANDREW K. LANDMAN

*CERTIFIED BY THE SUPREME COURT OF
 NEW JERSEY AS A CIVIL TRIAL ATTORNEY

www.benditweinstock.com
Est. 1957



**BENDIT WEINSTOCK** P.A.
— ATTORNEYS AT LAW —

80 Main Street, Suite 260, West Orange, NJ 07052
Phone: 973-736-9800 | Fax: 973-325-3115

OF COUNSEL
ROGER J. DESIDERIO
JAMES F. KEEGAN*
BARRETT F. KALB (NJ & NY BARS)
ALLYSON B. MONCHIK (NY BAR)

BENJAMIN L. BENDIT (1950-1984)
THOMAS E. WEINSTOCK (1956-2000)
HILTON P. GOLDMAN (1956-2008)



May 30, 2024

**VIA EMAIL njdefiling@njd.uscourts.gov**
Magistrate Judge Edward S. Kiel
Frank R. Lautenberg U.S.P.O. and Courthouse
Room 451
2 Federal Square
Newark, New Jersey 07102

    Re:  Zingale v. Township of Little Falls, et als.
          Case No. 2:22-cv-00760-BRM-ESK
          Our File No. 45182-R

Dear Magistrate Judge Kiel:

Pursuant to your Order of February 29, 2024, I am providing you with a status update regarding the pending criminal case involving the Plaintiff, Domenick Zingale.

As far as I know, the case remains assigned to Judge Scott T. Rumana, Superior Court Judge of Passaic County. Furthermore, it is my understanding that the current prosecutor in this case continues to be Pat Breen.

Previously, there was a Court ordered competency evaluation scheduled for April 8, 2024. Thereafter, the Criminal Court scheduled a hearing for May 9, 2024. Unfortunately, that hearing

was adjourned because the Doctor who performed the competency evaluation had not furnished his report. Therefore, the hearing regarding Mr. Zingale's competency will be rescheduled, although we do not have a date as of now.

I will continue to monitor the criminal case and provide your Honor and defense counsel with updates on an ongoing basis.

I thank you for your curtesy in this matter.

Respectfully Yours,

ALAN ROTH

AR/eb
cc: Danielle Bevere, Esq.
(Via Emailnjdefiling@njd.uscourts.gov)