ALAN ROTH
WILLIAM L. GOLD*
SHERRI DAVIS FOWLER (NJ & VA BARS)
ANTHONY MAZZA*
K. RAJA BHATTACHARYA*
JOSEPH H. TRINGALI (NJ, NY, PA & FL BARS)*
KAY A. GONZALEZ (NJ & NY BARS)

KARI A. TRINGALI
SHIV VYDYULA (NJ & NY BARS)

ANDREW K. LANDMAN

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY

www.benditweinstock.com
Est. 1957

OF COUNSEL
ROGER J. DESIDERIO
JAMES F. KEEGAN*
BARRETT F. KALB (NJ & NY BARS)
ALLYSON B. MONCHIK (NY BAR)

BENJAMIN L. BENDIT (1950-1984)
THOMAS E. WEINSTOCK (1956-2000)
HILTON P. GOLDMAN (1956-2008)



**BENDIT WEINSTOCK** P.A.
— ATTORNEYS AT LAW —

80 Main Street, Suite 260, West Orange, NJ 07052
Phone: 973-736-9800 | Fax: 973-325-3115



Celebrating over 60 years of service

September 6, 2024

**VIA EMAIL njdefiling@njd.uscourts.gov**
Judge Brian R. Martinotti
Frank R. Lautenberg U.S.P.O. and Courthouse
Room PO-01
2 Federal Square
Newark, New Jersey 07102

      Re:  Zingale v. Township of Little Falls, et als.
            Case No. 2:22-cv-00760-BRM-ESK
            Our File No. 45182-R

Dear Judge Martinotti:

Pursuant to the prior Order entered in this matter, I am providing Your Honor with a status update regarding the pending criminal case involving the Plaintiff, Domenick Zingale.

At the present time, the case is now assigned to Judge Sohail Mohammed, presiding criminal Judge in the Superior Court of Passaic County. I'm also advised that the current prosecutor in the case is now Nejila Ata. Previously, Dominick Zingale was evaluated for competency. However, the hearing for that evaluation has been either adjourned or cancelled on several occasions.

At the present time, I am advised that there is a competency hearing now scheduled for November 20, 2024.

I will continue to monitor the criminal case and provide your Honor and defense counsel with any and all updates on this ongoing matter.

I thank you for your curtesy in this matter.

Respectfully Yours,

ALAN ROTH

AR/eb
cc: Danielle Bevere, Esq.
(Via Emailnjdefiling@njd.uscourts.gov)